| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>Catherine M. Bauer, M.D. | DEFENDANTS<br>Marie A. Colokathis |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>John R. Lamont<br>31 Milk Street, Suite 202<br>Boston, MA  02109      Tel. (617) 482-0202 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor     ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor     ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Defendant admitted liability to Plaintiff in a Mass. District Court action based on Defendant's conviction under: 18 U.S.C. §1343, 18 U.S.C. §2, 18 U.S.C. §1029(a)(2) and (b)(1), 18 U.S.C. §2, 18 U.S.C. §1029(b)(2), 18 U.S.C. §1028A(a)(1)(B) and (c)(4)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☒ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☒ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ 12,059.18 + interest from 5-27-08 until paid |
| Other Relief Sought | |

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Marie A. Colokathis | BANKRUPTCY CASE NO.<br>08-15458 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Massachusetts | DIVISION OFFICE<br>Boston | NAME OF JUDGE<br>James M. Lynch |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
|  |  |  |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

*John R. Lamont*

| DATE<br>November 7, 2008 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>John R. Lamont |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE M. BAUER, M.D.,<br>    Plaintiff<br><br>v.<br><br>MARIE A. COLOKATHIS,<br>    Defendant | ADVERSARY PROCEEDING -<br>COMPLAINT AS TO<br>DISCHARGABILITY |

1. Plaintiff is a practicing psychiatrist and resides in Lexington, MA.

2. Defendant is an individual residing in Newburyport, MA.

3. Defendant was convicted in the U.S. District Court for the District of New Hampshire of:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §1343<br>18 U.S.C. §2 | Wire Fraud and Attempted Wire Fraud; Aiding and Abetting Wire Fraud | 10/31/04 | 1ss |
| 18 U.S.C. §1029 (a)(2) and (b)(1);<br>18 U.S.C. §2 | Attempted Use and Use of Unauthorized Access Devices Affecting Interstate or Foreign Commerce; Aiding and Abetting Such Use | 10/31/04 | 2ss |
| 18 U.S.C. §1029 (b)(2) | Conspiracy to Use Unauthorized Access Devices Affecting Interstate or Foreign Commerce | 10/31/04 | 3ss |
| 18 U.S.C. §1028A (a)(1)(B) and (c)(4) | Aggravated Identity Theft | 10/31/04 | 4ss |

4. As a result of such conviction, Plaintiff sued Defendant for money damages in the

Concord District Court, Concord, MA. Such action ultimately terminated in Agreement For Judgment by Plaintiff and Defendant in the amount of $12,000.00 for Plaintiff, based on Defendant's false pretenses, false representations and actual fraud in using Plaintiff's identity to obtain valuable goods and/or services.

Defendant's liability under said suit was also based on Defendant's willful and malicious injury to Plaintiff by using Plaintiff's Social Security Number, date of birth, etc. in obtaining credit and running up debts in Plaintiff's name and on Plaintiff's credit.

Plaintiff believes and further alleges that Defendant's obligation to her is non-dischargeable under FRBP 7001(6) on other grounds.

Wherefore, Plaintiff demands that Defendant's debt to Plaintiff be declared non-dischargeable; that Defendant be ordered to pay Plaintiff's legal fees and expenses related to this action; and for such other and further relief as this Honorable Court deems meet and just.

## JURY CLAIM

Plaintiff demands a trial by jury.

Plaintiff Catherine M. Bauer, M.D.
by her attorney,

John R. Lamont
31 Milk Street, Suite 202
Boston, MA 02109
Tel. (617) 482-0202
BBO #284060